IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

BUNDRICK FARM PARTNERSHIP, by and through
WILLIAM STEWART BRUNDRICK, JR., and
MICHELLE BUNDRICK                                                                               PLAINTIFF

v.                                      Case No. 4:22-cv-4071

NUTRIEN AG SOLUTIONS, INC.;
SYNGENTA SEEDS, LLC;
SYNGENTA CROP PROTECTION, LLC;
and JOHN DOES 1-5                                                                              DEFENDANTS

## ORDER

Before the Court is Plaintiff's Voluntary Dismissal of Separate Defendants Syngenta Seeds, LLC and Syngenta Crop Protection, LLC. ECF No. 17. Upon consideration, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), the Court finds that Plaintiff's claims against Separate Defendants Syngenta Seeds, LLC and Syngenta Crop Protection, LLC should be and hereby are **DISMISSED WITHOUT PREJUDICE**. Because Separate Defendants Syngenta Seeds, LLC and Syngenta Crop Protection, LLC, are dismissed from this case, the Motion to Dismiss Plaintiffs' Complaint (ECF No. 7) and related Request for Judicial Notice (ECF No. 10), which were filed by these Separate Defendants, are **DENIED AS MOOT**.

**IT IS SO ORDERED**, this 6th day of October, 2021.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge